| Prob 22 (2/98) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran Court) 0863 3:05CR00519-001 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Willie Roland | DISTRICT Southern District Iowa | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE James E. Gritzner  U. S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 4/10/2006 | TO 4/9/2009 |

OFFENSE

18:751(a) - Escape from Custody

FILED
MAR 14 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Central District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 8, 2007                                S/James Gritzner
_____                      _____
        Date                                 United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **CENTRAL DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/14/07                                      S/Joe B. McDade
_____                      _____
        Date                                 United States District Judge