

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

March 15, 2007

Clerk, U.S. District Court
131 E. 4th St.
Davenport, IA 52801

Re: USA v Willie Roland
SDIA Case # 0863 3:05CR00519-001
CDIL Case #07-40023

Dear Clerk,

Enclosed you will find a signed, original order accepting the Transfer of Jurisdiction of Willie Roland.  At this time, I am requesting that you send certified copies of the following documents to us in order for us to open a file:

Indictment/Information
Judgment and Commitment Order
Any financial records
Docket sheet

Thank you in advance for your cooperation.

Sincerely,

S/Denise Koester

Denise Koester, Deputy in Charge

Enc.