CD/IL PROB12C
(Rev. 12/04)

**FILED**
**MAR 2 3 2007**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | WILLIE EARL ROLAND<br>Mercer County Jail<br>906 SW Third Street<br>Aledo, IL 61231 | **CASE NUMBER:** 07-40023-001 |
| **SENTENCING JUDICIAL OFFICER:** | Honorable James E. Gritzner<br>U.S. District Judge<br>Southern District of Iowa | |
| **ORIGINAL SENTENCE DATE:** | 10/24/05 | |
| **ORIGINAL OFFENSE:** | Escape from Custody | |
| **ORIGINAL SENTENCE:** | 12 months and 1 day custody, 3 years supervised release with special conditions: 1) participate in substance abuse testing and treatment as directed and refrain from any alcohol use; 2) be employed only at employment approved by the U.S. Probation Office and not terminate employment without prior approval from the U.S. Probation Office; and 3) not patronize any business where more than fifty percent of the revenue is derived from the sale of alcoholic beverages. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | 04/10/06<br><br>03/14/07: Jurisdiction of case transferred from the Southern District of Iowa to the Central District of Illinois. | |
| **ASSISTANT U.S. ATTORNEY:** | John Mehochko | |
| **DEFENSE ATTORNEY:** | Herbert F. Schultz, Jr. | |

---

### PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Re: Roland, Willie Earl

2

| VIOLATION NUMBER | | NATURE OF NONCOMPLIANCE |
|---|---|---|
| 1. | | **NEW LAW VIOLATION: ESCAPE** |

**MANDATORY CONDITIONS:** THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME. THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE.

On **January 16, 2007**, offender Roland began serving a 120-day period of community confinement center (CCC) placement as a condition of supervised release in Central District of Illinois Case No. 98-40053-001. On **January 18, 2007**, offender Roland left the facility without permission of facility staff. Offender Roland's whereabouts are currently unknown.

2.  **NEW LAW VIOLATION: POSSESSION OF MARIJUANA**

**MANDATORY CONDITIONS:** THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME. THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE.

A.  On about **October 24, 2006,** offender Roland possessed and used marijuana as determined by Kroll Laboratory Specialists. On that date, offender Roland submitted to drug testing, which yielded a positive result for marijuana.

B.  On about **November 26, 2006,** offender Roland possessed and used marijuana as determined by Kroll Laboratory Specialists. On that date, offender Roland submitted to drug testing, which yielded a positive result for marijuana.

C.  On about **December 6, 2006,** offender Roland possessed and used marijuana as determined by Kroll Laboratory Specialists. On that date, offender Roland submitted to drug testing, which yielded a positive result for marijuana.

3.  **FAILURE TO REPORT AS DIRECTED**
    **FAILURE TO SUBMIT MONTHLY SUPERVISION REPORT FORMS**

**STANDARD CONDITION NO. 2:** THE DEFENDANT SHALL REPORT TO THE U.S. PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.

A.  By **August 5, September 5, October 5, November 5, and December 5, 2006, and January 5, 2007**, offender Roland failed to submit monthly supervision report forms to the U.S. Probation Office. Reports for August, September, October, and November were received on November 29, 2006. No report for December 2006 has been submitted by offender.

Re: Roland, Willie Earl

3

    B.    On **May 5 and June 29, 2006**, offender Roland failed to report to the U.S. Probation Office as directed by U.S. Probation Officer Michael Martens.

4. **FAILURE TO SUBMIT DRUG TESTING AS DIRECTED**
   **FAILURE TO ATTEND SUBSTANCE ABUSE TREATMENT AS DIRECTED**

   **SPECIAL CONDITION NO. 1:** YOU SHALL, AT THE DIRECTION OF THE PROBATION OFFICER, PARTICIPATE IN A PROGRAM FOR SUBSTANCE ABUSE TREATMENT/COUNSELING INCLUDING TESTING TO DETERMINE WHETHER YOU HAVE USED CONTROLLED SUBSTANCES AND/OR ALCOHOL. DURING THE ENTIRE TERM OF SUPERVISION, YOU WILL ABSTAIN FROM THE USE OF ALCOHOL, ALL OTHER LEGALLY OBTAINABLE INTOXICANTS, AND ALL MOOD-ALTERING SUBSTANCES UNLESS PRESCRIBED BY A PHYSICIAN. YOU SHALL PAY FOR THESE SERVICES AS DIRECTED BY THE PROBATION OFFICER.

   A.  On **December 5, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 28 and 29, 2006**, offender Roland failed to submit to drug testing at Riverside, Rock Island, Illinois, as directed by U.S. Probation Officer Kerry Walsh. On December 29, 2006, Officer Walsh became aware that offender Roland's whereabouts were unknown and directed Riverside to stop calling offender Roland for urine screens until offender Roland could be located.

   B.  Offender Roland failed to attend required substance abuse treatment sessions on **November 7, 9, 10, 13, 16 and 17; and December 1, 4, 5, 8, 11, 12, 14, 15, 18, 19, 21 and 22, 2006**. On December 22, 2006, offender Roland was discharged from the Substance Abuse Treatment Program at Riverside, Rock Island, Illinois, due to non-attendance.

**U.S. Probation Officer Recommendation:**

[X]  The term of supervision should be
    [X]  revoked
    [ ]  extended for   years, for a total term of   years.

[ ]  The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.


KERRY P. WALSH
U.S. Probation Officer
Date:  March 19, 2007

KPW:cg

Re: Roland, Willie Earl

4

**THE COURT ORDERS:**

[ ]  No action

[ ]  The issuance of a warrant

[X]  The issuance of a summons

[ ]  Other:

                                              S/Joe B. McDade
                                              Honorable Joe Billy McDade
                                              U.S. District Judge
                                              Date: 3/23/2007